614

393 A.2d 1284

DeSantis v. DeSantis, Appellant.

Argued April 17, 1978.   Anthony J. Martin, for appellant;   H. Miller, with him Joseph A. Battist, for appellee.

Decree affirmed.

393 A.2d 1284

Devey et al. v. Stone, et al., Appellants (two cases).

Argued April 11, 1978.   John R. Anderson, with him Stewart M. Flam, for appellants at No. 86 and appellees at No. 88;   Theodore O. Struk, for appellant at No. 88;   Theodore T. Blair, for appellees at No. 86.

Orders affirmed.

PRICE, J., would allow filing proper preliminary objections.